**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **ASHLEY MARIE COWAN and** | ) | |
| **SKG, By Next Friend, Lee County** | ) | |
| **Department of Social Services,** | ) | |
|    Plaintiff | ) | Case No. 2:14cv00040 |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHAEL SHAWN PETERS,** | ) | |
|    Defendant | ) | |
| _____/ | | |

## ORDER APPOINTING GUARDIAN *AD LITEM*

It appearing to the court that SKG is under the age of 18 years, it is **ORDERED** that the following discreet and competent attorney at law be appointed as guardian ad litem for said minor for the purpose of representing, defending and prosecuting her respective interests in the present case and at the hearing seeking approval of a tentative settlement of her claims scheduled for February 25, 2015.

Gregory D. Edwards
2 Main Street
Jonesville, VA 24263
(276) 346-0215
greged@sunsetcom.com
VA Bar No. 25495

**ENTERED** this 30th day of January 2015.


/s/ *Pamela Meade Sargent*

UNITED STATES MAGISTRATE JUDGE