## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | |
|---|---|
| **ASHLEY MARIE COWAN, ET AL.,** | * |
| | * |
| Plaintiffs, | * |
| | *   Civil Action No. 2:14-cv-40 |
| v. | *   Judge Jones |
| | * |
| **MICHAEL SHAWN PETERS,** | * |
| | * |
| Defendant. | * |

### Answer by Guardian Ad Litem

Plaintiff S.K.G, an infant under the age of 18 years, by Gregory Edwards, Guardian Ad Litem appointed by the Court (1/30/15, Document 23) to defend the interest of S.K.G in this suit, for her answer to the Petition filed herein by the defendant, Michael Shawn Peters, says that she is an infant of tender years and for that reason is incapable of understanding or defending her rights in the premises. S.K.G. therefore commends herself and her interests in the protection of the Court, and prays that no order be entered to her prejudice. The undersigned states that the terms of the settlement set out in the Petition are true. The Guardian Ad Litem unites into the prayers of the Petition, believing and asserting the compromise for the amount stated is clearly to the best interest of S.K.G.

S.K.G. by /s/Gregory Edwards  
Guardian Ad Litem  
Attorney at Law  
P. O. Box 285  
Jonesville, VA 24263  
Tel: 276-346-0215  
VA Bar # 25495  
greged@sunsetcom.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Answer by Guardian Ad Litem by electronically filing the same to the following on this 25th day of February, 2015 to:

Richard D. Kennedy (By ECF)
KENNEDY LAW OFFICE
P.O. Box 357
Wise, VA 24293
Tel: 276-328-0918; Fax: 276-328-3903
skwiselaw2@hotmail.com

James N. L. Humphreys (By ECF)
HUNTER, SMITH, & DAVIS, LLP
P.O. Box 3740
Kingsport, TN 37664
Tel: 423-378-8862; Fax: 423-378-8801
humprey@hsdlaw.com
Counsel for Respondents

Henry S. Keuling-Stout (By ECF)
KEULING-STOUT, P.C.
P.O. Box 400
Big Stone Gap, Virginia 24219
VSB No. 15289
Tel: 276-523-1676; Fax: 276-523-1608
keulingstout@gmail.com
Counsel for Petitioner

/s/ Gregory Edwards

C:\SharedData\WORKING DOCS\1032\220\026. Answer by Guardian Ad Litem.docx

2

Case 2:14-cv-00040-JPJ-PMS   Document 33   Filed 02/25/15   Page 2 of 2   Pageid#: 149