**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **ASHLEY MARIE COWAN, ET AL.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | **Civil Action No. 2:14-cv-40** |
| **v.** | * | **Judge Jones** |
| | * | |
| **MICHAEL SHAWN PETERS,** | * | |
| | * | |
| **Defendant.** | * | |

**AFFIDAVIT OF JAMES N. L. HUMPHREYS**

James N. L. Humphreys, being duly sworn, says the following:

1. After Ashley Cowan spoke with Aaron Grenier on the telephone following the hearing on March 6, 2015, I spoke with Aaron on several occasions. Attached are Exhibits No. 1 and No. 2, which is the record of all my telephone calls to and from Aaron.

2. In the telephone calls I had with Aaron, he confirmed for me his address was as follows:

906 Mcgovny Street
Ironton, OH 45638

3. I sent three letters to Aaron:

a. On March 9, 2015, I sent to Aaron a letter with the Notice (Doc. No. 36) and the Petition for Approval of Infant Settlement (Doc. No. 27). The post office returned this letter to me on March 23, 2015.

b. On March 10, 2015, I sent Aaron the Prudential Stuctured Settlement Annuity Proposal, the Settlement Agreement and Release, and a stamped envelope with my address on it.

c. On March 18, 2015, I sent Aaron an Answer to the Petition for him to sign, the Settlement Agreement and Release, another copy of the petition (Doc. No. 27), and another stamped envelope with my address on it.

In the March 10th and March 18th letters, I asked Aaron to sign the documents I sent him and return them to me in the provided envelopes.

4. I had four or five substantive telephone conversations with Aaron in which he told me he had received my letters, had signed the documents I sent him, and had mailed them back to me.

5. I did not receive any documents signed by Aaron a week or so after he told me he had mailed the documents back to me. On March 23, 2015, the first letter I sent to Aaron dated March 9th came back in the mail saying the letter was undeliverable. I immediately had a follow up telephone conversation with Aaron to confirm his address. Aaron again confirmed his address was:

906 Mcgovny Street
Ironton, OH 45638

I told Aaron I had received the March 9th letter I sent to him back as undeliverable and was concerned the address I had was an incorrect address. Aaron told me the address was correct and he had signed the other documents, which he had already mailed to me.

6. When I called Aaron previously, he would call me back shortly thereafter if he did not answer. After the March 23rd telephone call, Aaron has not returned my calls.

7. When no signed documents arrived by March 27, 2015 from Aaron, I concluded it was advisable to have Aaron served with the petition (Doc. No. 27) and the notice of the April 21, 2015 hearing (Doc. No. 36). I did so by sending copies to the Sheriff in Lawrence County, Ohio, the county in which Ironton, Ohio is located. I have filed the Proof of Service from the Sheriff of Lawrence County, Ohio saying Aaron has not been at the address he had given me since October of 2014. The return also says the landlord is unfamiliar with Aaron.

8. Based upon my attempts to provide settlement papers to Aaron Grenier—both formally and informally—Aaron Grenier's current location is unknown. I have attempted to give Aaron notice of the settlement terms. Aaron is aware of my attempts based upon our telephone calls.

James N. L. Humphreys

**STATE OF TENNESSEE**
**COUNTY OF SULLIVAN**

**SUBSCRIBED AND SWORN** to before me, this 8th day of April, 2015.

Notary Public

My commission expires: 4/25/18

KRISTI L. HALL STATE OF TENNESSEE NOTARY PUBLIC SULLIVAN COUNTY, TN

## CERTIFICATE OF SERVICE

On April 8th, 2015, I hereby certify I electronically filed the **Affidavit of James N. L. Humphreys** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Henry S. Keuling-Stout
**KEULING-STOUT, P.C.**
P. O. Box 400
Big Stone Ga, VA 24219
(Counsel for Defendant)

Gregory D. Edwards (By U. S. Mail)
Attorney at Law
P. O. Box 285
Jonesville, VA 24263
(Guardian ad Litem for SKG)

s/ James N. L. Humphreys

Humphreys/Cowan v. Peters

## James N. L. Humphreys

**From:** Melissa S. Sizemore
**Sent:** Tuesday, April 07, 2015 11:19 AM
**To:** James N. L. Humphreys; James N. L. Humphreys
**Subject:** Jim.........here is what is pending for next bill. I will send March bill by seperate email

# Wireless

## Current Usage

**Details for:** 423-677-3592 ▼

**The following reflects current usage since your last statement** Download

Minutes | Messages | Data

**Cycle ends 04/13/2015** **Anytime Minutes Used :** 1435 minutes

Previous | 31 | 32 | **33** | 34 | 35 | Next

| Date | Time | Number | Minutes | Desc |
|---|---|---|---|---|
| 03/18/2015 | 12:39 PM | 7173947156 | 1 | LANCASTER |
| 03/18/2015 | 12:32 PM | 7173947156 | 7 | LANCASTER |
| 03/26/2015 | 06:39 PM | 7404790453 | 1 | IRONTON |
| 03/26/2015 | 05:21 PM | 7404790453 | 1 | IRONTON |
| 03/23/2015 | 05:16 PM | 7404790453 | 2 | IRONTON |
| 03/23/2015 | 04:15 PM | 7404790453 | 1 | IRONTON |
| 03/23/2015 | 04:03 PM | 7404790453 | 1 | IRONTON |
| 03/23/2015 | 03:43 PM | 7404790453 | 2 | IRONTON |
| 03/18/2015 | 03:54 PM | 7404790453 | 2 | IRONTON |
| 03/18/2015 | 03:49 PM | 7404790453 | 1 | IRONTON |
| 03/18/2015 | 03:47 PM | 7404790453 | 1 | IRONTON |
| 03/17/2015 | 05:19 PM | 7404790453 | 1 | IRONTON |
| 03/17/2015 | 05:12 PM | 7404790453 | 1 | IRONTON |
| 03/17/2015 | 05:10 PM | 7404790453 | 1 | IRONTON |
| 03/17/2015 | 05:10 PM | 7404790453 | 1 | IRONTON |
| 03/16/2015 | 11:15 AM | 7404790453 | 2 | INCOMING |
| 03/16/2015 | 11:10 AM | 7404790453 | 1 | IRONTON |
| 03/31/2015 | 03:05 PM | 8002246602 | 79 | TOLL-FREE |
| 03/30/2015 | 09:01 AM | 8002246602 | 13 | TOLL-FREE |
| 03/27/2015 | 10:22 PM | 8002246602 | 1 | TOLL-FREE |

Previous | 31 | 32 | **33** | 34 | 35 | Next

Back to Current Usage Summary

EXHIBIT 1

verizon wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9742244736 | 507654913-00001 | 04/08/15 | 113 of 136 |

# Detail for Jim Humphreys: 423-677-3592

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/08 | 7:05P | 614-915-4403 | Off-Peak | N&W | Bristol VA | Columbus OH | 1 | -- | -- | -- |
| 3/08 | 7:08P | 423-481-0486 | Off-Peak | N&W | Bristol VA | Roan MT TN | 1 | -- | -- | -- |
| 3/08 | 7:14P | 276-393-0438 | Off-Peak | N&W | Blountvill TN | Norton VA | 2 | -- | -- | -- |
| 3/08 | 7:28P | 276-393-0848 | Off-Peak | N&W | Blountvill TN | Norton VA | 2 | -- | -- | -- |
| 3/08 | 7:39P | 423-383-3965 | Off-Peak | N&W | Bristol VA | Bristol TN | 1 | -- | -- | -- |
| 3/08 | 8:02P | 423-383-3965 | Off-Peak | N&W | Bristol VA | Bristol TN | 5 | -- | -- | -- |
| 3/08 | 8:10P | 423-797-1699 | Off-Peak | N&W | Bristol VA | Bristol TN | 1 | -- | -- | -- |
| 3/08 | 8:21P | 423-383-3965 | Off-Peak | N&W | Bristol VA | Bristol TN | 1 | -- | -- | -- |
| 3/08 | 9:16P | 423-571-3624 | Off-Peak | N&W | Blountvill TN | Midway Sul TN | 1 | -- | -- | -- |
| 3/08 | 9:16P | 423-571-3624 | Off-Peak | N&W | Blountvill TN | Incoming CL | 1 | -- | -- | -- |
| 3/08 | 9:29P | 423-571-3624 | Off-Peak | N&W | Blountvill TN | Midway Sul TN | 1 | -- | -- | -- |
| 3/09 | 8:38A | 423-378-8890 | Peak | M2MAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/09 | 9:41A | 423-823-0552 | Peak | M2MAllow | Gate City VA | Greenevl TN | 20 | -- | -- | -- |
| 3/09 | 12:03P | 276-393-0438 | Peak | M2MAllow | Kingsport TN | Norton VA | 1 | -- | -- | -- |
| 3/09 | 12:04P | 276-376-1057 | Peak | PlanAllow | Kingsport TN | Wise VA | 5 | -- | -- | -- |
| 3/09 | 12:37P | 540-725-3378 | Peak | PlanAllow | Kingsport TN | Roanoke VA | 14 | -- | -- | -- |
| 3/09 | 12:51P | 540-725-3378 | Peak | PlanAllow | Kingsport TN | Roanoke VA | 2 | -- | -- | -- |
| 3/09 | 1:11P | 423-823-0552 | Peak | M2MAllow | Kingsport TN | Greenevl TN | 3 | -- | -- | -- |
| 3/09 | 1:46P | 740-479-0453 | Peak | PlanAllow | Kingsport TN | Ironton OH | 2 | -- | -- | -- |
| 3/09 | 3:45P | 423-288-5265 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/09 | 4:54P | 423-335-3160 | Peak | M2MAllow | Kingsport TN | Midway Sul TN | 4 | -- | -- | -- |
| 3/09 | 5:00P | 423-335-3160 | Peak | M2MAllow | Kingsport TN | Midway Sul TN | 2 | -- | -- | -- |
| 3/09 | 5:20P | 423-863-2851 | Peak | M2MAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/09 | 5:25P | 423-288-5265 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 1 | -- | -- | -- |
| 3/09 | 5:30P | 804-887-5753 | Peak | PlanAllow | Kingsport TN | Richmond VA | 3 | -- | -- | -- |
| 3/09 | 5:41P | 423-797-1699 | Peak | M2MAllow | Kingsport TN | Bristol TN | 11 | -- | -- | -- |
| 3/09 | 5:56P | 423-797-1699 | Peak | M2MAllow | Blountvill TN | Incoming CL | 4 | -- | -- | -- |
| 3/09 | 6:09P | 423-863-2851 | Peak | M2MAllow | Blountvill TN | Kingsport TN | 1 | -- | -- | -- |
| 3/09 | 6:13P | 423-292-5033 | Peak | PlanAllow | Blountvill TN | Fallbranch TN | 1 | -- | -- | -- |
| 3/09 | 10:09P | 614-307-4484 | Off-Peak | N&W | Blountvill TN | Columbus OH | 15 | -- | -- | -- |
| 3/09 | 10:24P | 614-307-4484 | Off-Peak | N&W | Blountvill TN | Columbus OH | 2 | -- | -- | -- |
| 3/10 | 8:08A | 423-378-8890 | Peak | M2MAllow | Blountvill TN | Kingsport TN | 1 | -- | -- | -- |
| 3/10 | 9:28A | 276-832-1737 | Peak | PlanAllow | Kingsport TN | Jonesville VA | 2 | -- | -- | -- |
| 3/10 | 9:58A | 276-393-0438 | Peak | M2MAllow | Kingsport TN | Norton VA | 2 | -- | -- | -- |
| 3/10 | 10:27A | 423-246-8158 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/10 | 10:30A | 804-887-5753 | Peak | PlanAllow | Kingsport TN | Richmond VA | 6 | -- | -- | -- |
| 3/10 | 10:36A | 423-341-6823 | Peak | M2MAllow | Kingsport TN | Bristol TN | 2 | -- | -- | -- |
| 3/10 | 10:50A | 423-262-7050 | Peak | M2MAllow | Kingsport TN | Incoming CL | 5 | -- | -- | -- |
| 3/10 | 11:19A | 540-725-3362 | Peak | PlanAllow | Kingsport TN | Roanoke VA | 6 | -- | -- | -- |
| 3/10 | 11:31A | 423-341-6823 | Peak | M2MAllow | Kingsport TN | Bristol TN | 13 | -- | -- | -- |
| 3/10 | 11:44A | 423-341-6823 | Peak | M2MAllow | Kingsport TN | Bristol TN | 20 | -- | -- | -- |
| 3/10 | 12:04P | 276-832-1737 | Peak | PlanAllow | Kingsport TN | Jonesville VA | 2 | -- | -- | -- |
| 3/10 | 12:08P | 423-341-1856 | Peak | M2MAllow | Kingsport TN | Bristol TN | 1 | -- | -- | -- |
| 3/10 | 12:25P | 423-677-6348 | Peak | PlanAllow | Kingsport TN | Fallbranch TN | 1 | -- | -- | -- |
| 3/10 | 12:26P | 423-677-6348 | Peak | PlanAllow | Kingsport TN | Fallbranch TN | 5 | -- | -- | -- |

EXHIBIT 2

0000083-0001627-0000139 of 0000136-C33-BX2383-00063

## Detail for Jim Humphreys: 423-677-3592

### Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/10 | 12:38P | 540-857-5135 | Peak | PlanAllow | Kingsport TN | Roanoke VA | 4 | -- | -- | -- |
| 3/10 | 12:51P | 877-776-5730 | Peak | PlanAllow | Kingsport TN | Toll-Free CL | 5 | -- | -- | -- |
| 3/10 | 1:11P | 276-628-5116 | Peak | PlanAllow | Kingsport TN | Abingdon VA | 3 | -- | -- | -- |
| 3/10 | 2:27P | 276-628-5116 | Peak | PlanAllow | Kingsport TN | Abingdon VA | 3 | -- | -- | -- |
| 3/10 | 2:44P | 423-246-5222 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/10 | 2:48P | 423-283-4477 | Peak | PlanAllow | Kingsport TN | Johnson Cy TN | 2 | -- | -- | -- |
| 3/10 | 2:50P | 423-246-1270 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 29 | -- | -- | -- |
| 3/10 | 3:34P | 740-479-0453 | Peak | PlanAllow | Kingsport TN | Ironton OH | 2 | -- | -- | -- |
| 3/10 | 4:14P | 740-479-0453 | Peak | PlanAllow | Kingsport TN | Incoming CL | 5 | -- | -- | -- |
| 3/10 | 4:18P | 276-832-1737 | Peak | PlanAllow | Kingsport TN | Jonesville VA | 1 | -- | -- | -- |
| 3/10 | 4:48P | 423-534-7880 | Peak | M2MAllow | Kingsport TN | Bristol TN | 6 | -- | -- | -- |
| 3/10 | 4:57P | 276-832-1737 | Peak | PlanAllow | Kingsport TN | Incoming CL | 4 | -- | -- | -- |
| 3/10 | 5:02P | 423-378-8860 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 2 | -- | -- | -- |
| 3/10 | 5:03P | 423-773-4073 | Peak | PlanAllow | Kingsport TN | Johnson Cy TN | 2 | -- | -- | -- |
| 3/10 | 5:05P | 423-341-8823 | Peak | M2MAllow | Kingsport TN | Incoming CL | 14 | -- | -- | -- |
| 3/10 | 5:19P | 614-915-4403 | Peak | PlanAllow | Kingsport TN | Columbus OH | 1 | -- | -- | -- |
| 3/10 | 5:20P | 614-915-4403 | Peak | PlanAllow | Gray TN | Incoming CL | 9 | -- | -- | -- |
| 3/10 | 7:14P | 423-481-0486 | Peak | PlanAllow | Gray TN | Roan MT TN | 1 | -- | -- | -- |
| 3/10 | 7:14P | 423-276-8296 | Peak | M2MAllow | Gray TN | Kingsport TN | 2 | -- | -- | -- |
| 3/10 | 7:28P | 276-393-0438 | Peak | M2MAllow | Kingsport TN | Norton VA | 2 | -- | -- | -- |
| 3/10 | 10:10P | 276-870-1792 | Off-Peak | N&W | Blountvill TN | Norton VA | 1 | -- | -- | -- |
| 3/11 | 8:32A | 423-534-7880 | Peak | M2MAllow | Blountvill TN | Bristol TN | 3 | -- | -- | -- |
| 3/11 | 8:49A | 423-378-8860 | Peak | PlanAllow | Blountvill TN | Kingsport TN | 3 | -- | -- | -- |
| 3/11 | 8:53A | 276-219-9966 | Peak | M2MAllow | Blountvill TN | Norton VA | 3 | -- | -- | -- |
| 3/11 | 9:02A | 423-773-4073 | Peak | PlanAllow | Kingsport TN | Johnson Cy TN | 5 | -- | -- | -- |
| 3/11 | 9:03A | 423-773-4073 | Peak | PlanAllow,CallWait | Blountvill TN | Incoming CL | 6 | -- | -- | -- |
| 3/11 | 9:46A | 423-283-4477 | Peak | PlanAllow | Kingsport TN | Johnson Cy TN | 7 | -- | -- | -- |
| 3/11 | 9:57A | 276-393-0438 | Peak | M2MAllow | Kingsport TN | Norton VA | 28 | -- | -- | -- |
| 3/11 | 10:24A | 423-378-8837 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 3 | -- | -- | -- |
| 3/11 | 10:27A | 423-378-8857 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 1 | -- | -- | -- |
| 3/11 | 10:28A | 423-378-8860 | Peak | PlanAllow | Kingsport TN | Kingsport TN | 3 | -- | -- | -- |
| 3/11 | 10:31A | 423-677-0404 | Peak | M2MAllow | Kingsport TN | Fallbranch TN | 12 | -- | -- | -- |
| 3/11 | 11:16A | 801-468-4000 | Peak | PlanAllow | Kingsport TN | Incoming CL | 5 | -- | -- | -- |
| 3/11 | 11:36A | 801-468-4000 | Peak | PlanAllow | Blountvill TN | Incoming CL | 2 | -- | -- | -- |
| 3/11 | 6:10P | 423-534-7880 | Peak | M2MAllow | Jacksonvil FL | Bristol TN | 1 | -- | -- | -- |
| 3/11 | 6:13P | 423-378-8890 | Peak | M2MAllow | Jacksonvil FL | Kingsport TN | 2 | -- | -- | -- |
| 3/11 | 11:28P | 423-378-8890 | Off-Peak | N&W | Ponte Vedr FL | Kingsport TN | 2 | -- | -- | -- |
| 3/11 | 11:28P | 423-378-8891 | Off-Peak | N&W | Ponte Vedr FL | Kingsport TN | 1 | -- | -- | -- |
| 3/11 | 11:29P | 423-378-8891 | Off-Peak | N&W | Ponte Vedr FL | Kingsport TN | 1 | -- | -- | -- |
| 3/12 | 8:08A | 423-458-9968 | Peak | PlanAllow | Ponte Vedr FL | Chattnooga TN | 2 | -- | -- | -- |
| 3/12 | 8:19A | 904-285-7777 | Peak | PlanAllow | Ponte Vedr FL | Pntvdrabch FL | 1 | -- | -- | -- |
| 3/12 | 11:15A | 404-725-0106 | Peak | PlanAllow | Ponte Vedr FL | Incoming CL | 1 | -- | -- | -- |
| 3/12 | 12:56P | 423-378-8890 | Peak | M2MAllow | Ponte Vedr FL | Kingsport TN | 2 | -- | -- | -- |
| 3/12 | 12:58P | 276-495-3009 | Peak | PlanAllow | Ponte Vedr FL | Dante VA | 5 | -- | -- | -- |
| 3/12 | 1:03P | 423-378-8890 | Peak | M2MAllow | Ponte Vedr FL | Kingsport TN | 2 | -- | -- | -- |